KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0028 PJH |
| ) | |
|     Plaintiff, ) | STIPULATED AND [P~~ROPOSED~~] |
| ) | ORDER DOCUMENTING |
|    v. ) | EXCLUSION OF TIME |
| ) | |
| TERRELL TRAMMELL, ) | |
| ) | |
|     Defendants. ) | |

    With the agreement of the defendant Terrell Trammell in open court on January 31, 2007, the Court enters this order (1) setting a hearing on February 28, 2007 at 1:30 p.m. before the Honorable Phyllis J. Hamilton and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 31, 2007 to February 28, 2007. The Court finds and holds, as follows:

    1.    The defendant Terrell Trammell appeared before the Court on January 31, 2007. Counsel informed the Court that the government had recently produced discovery to the defense and that defense counsel would need additional time to review that discovery. Counsel also informed the Court that defense counsel would be out of the state and unavailable for a hearing for several weeks in February. Continuing the case until February 28, 2007 will give defense counsel an opportunity to effectively prepare the defense, the review the discovery that has been

STIPULATION & [PROPOSED] ORDER RE:
EXCLUSION OF TIME [CR 07-0028 PJH]

1  produced, and to negotiate a possible disposition with the government.

2      2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until February 28, 2007 is necessary for effective preparation of defense counsel and for continuity of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 31, 2007 to February 28, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for February 28, 2007 at 1:30 p.m. before the Honorable Phyllis J. Hamilton and (2) orders that the period from January 31, 2007 to February 28, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

SO STIPULATED.

DATED: 2/5/07            /S/
                           KYLE F. WALDINGER
                           Assistant United States Attorney

DATED: 2/2/07            /S/
                           JULIANA DROUS
                           Attorney for the defendant Terrell Trammell

IT IS SO ORDERED.

DATED: 2/6/07



PHYLLIS J. HAMILTON
United States District Judge

STIPULATION & [PROPOSED] ORDER RE:
EXCLUSION OF TIME [CR 07-0028 PJH]    -2-