JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
TERRELL TRAMMELL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0028 PJH |
| ) | CR 02-00315-01 PJH |
| Plaintiff, ) | |
| ) | **STIPULATION AND [P~~ROPOSED~~]** |
| ) | **ORDER RE: SENTENCING DATE** |
| v. ) | |
| ) | |
| TERRELL TRAMMELL, ) | Date: May 16, 2007 |
| ) | Time: 1:30 p.m. |
| Defendant ) | Court: Hon. Phyllis J. Hamilton, Judge |

IT IS HEREBY STIPULATED between the parties that the sentencing hearing for both cases be continued to August 22, 2007, at 1:30 p.m.   Federal Probation Officer Alan K. Ahlstrand, who is responsible for supervision of defendant Terrell Trammel on his release, and Federal Probation Officer E. Ann Searles, who has been responsible for the presentence report, have no objection to this request.

DATED: April 26, 2007

/s/
JULIANA DROUS
Attorney for Defendant
TERRELL TRAMMELL

DATED: April  26, 2007

/s/
KYLE F. WALDINGER
Asst. United States Attorney

IT IS SO ORDERED.

DATED:   4/27/07

HON. PHYLLIS J. HAMILTON
U.S. District Court Judge

STIPULATION RE: CONTINUANCE OF SENTENCING DATE