JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0028 PJH |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER OF DETENTION |
| TERRELL TRAMMELL, | ) | |
| Defendant. | ) | |

   This matter came before the Court on December 30, 2009, for a detention hearing. The defendant Terrell Trammell was present and represented by defense counsel Juliana Drous. Assistant United States Attorney Kyle Waldinger appeared for the United States.

   The defendant is before the Court on allegations made in a Probation Form 12 filed on February 6, 2009, which alleges that there is probable cause to believe that he violated the terms of his supervised release by committing the crime of robbery on February 4, 2009.

   The present order supplements the Court's findings at the detention hearing and serves as a written findings of fact and statement of reasons as required by 18 U.S.C. § 3142(i)(1).

   At the hearing on December 30, 2009, the government sought the defendant's detention. The Probation Office also recommended detention. The defendant sought release from custody

DETENTION ORDER
CR 07-0028 PJH

pending the resolution of the allegations in the Form 12. Proffers and arguments regarding detention and release were submitted by the parties at the hearing. The government proffered, and the defendant admitted, that the defendant had actually pleaded guilty to grand theft in relation to the February 4, 2009, incident, and that he had thereafter been sentenced to a term of county jail. The government also proffered the defendant's lengthy juvenile and adult conviction record; his escape from a halfway house in April 2006; and his utter failure to comply with the terms of his supervised release in the fall of 2006 when he was released from BOP custody after service of a 51-month sentence.

Upon consideration of the facts, proffers, and arguments presented, the Court finds that the defendant has not met his burden under Federal Rule of Criminal Procedure 32.1(a)(6) of establishing that he will not flee or pose a danger to any other person or to the community. Accordingly, the Court concludes that the defendant must be detained pending the resolution of the allegations in the Form 12 in this matter.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

Dated: January 7, 2010

12/30/09
nunc pro tunc

HON. TIMOTHY BOMMER
United States Magistrate Judge

DETENTION ORDER
CR 07-0028 PJH                    -2-